J. Marcus Boorman, Appellant, *v.* Simeon Baldwin et al.,
Respondents.

(Argued June 7, 1887; decided July 1, 1887.)

*J. M. Boorman* for appellant.

*Frank L. Hall* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

William Chappell, Respondent, *v.* The Rochester and
Pittsburgh Railroad Company, Appellant.

(Argued June 20, 1887; decided July 1, 1887.)

*Martin W. Cooke* for appellant.

*J. A. Stull* for respondent.

Agree to affirm ; no opinion.
All concur, except Ruger, Ch. J., and Rapallo, J., not
voting.
Judgment affirmed.